IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-19-373-7-F |
| ) | |
| ISAAC VIEYRA, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is Defendant's Amended Unopposed Motion to Combine Plea and Sentencing [Doc No. 208]. For the reasons stated in the Motion, and noting that the Government has no objection, the Court finds that the Motion should be GRANTED.

Defendant's plea and sentencing shall be combined. The Court directs the United States Probation Office to conduct a presentence investigation and to prepare a Presentence Investigation Report (Report) concerning the offense and this offender. Defendant is ordered to assist in the preparation of the Report, and Defendant or defense counsel shall contact the United States Probation Office upon receipt of this Order to facilitate the preparation of the Report.

This defendant, Isaac Vieyra, is excused from compliance with the upcoming scheduling order deadlines in this case.

The Speedy Trial Act gives the Court the discretion to "accommodate limited delays for case specific needs." United States v. Zedner, 547 U.S. 489, 499 (2006). The circumstances of this case, as set forth in the Motion, justify an ends of justice determination that a continuance of the trial and further proceedings "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C.

§ 3161(h)(7)(A); see also <u>United States v. Toombs</u>, 574 F.3d 1262, 1273 (10th Cir. 2009). The Court further finds that any delay caused by the granting of the Motion is excludable under the Speedy Trial Act. See id. The change of plea hearing set for 10:00 a.m. on April 29, 2020, is STRICKEN.

    IT IS SO ORDERED this 23rd day of April, 2020.

_____<br>
STEPHEN P. FRIOT<br>
UNITED STATES DISTRICT JUDGE

19-0373p015 (Vieyra).docx